IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18-CV-496 |
| vs. | |
| $40,000 IN UNITED STATES CURRENCY, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The Settlement Stipulation (filing 8) is approved.

2. The government's motion to dismiss (filing 9) is granted.

3. The government's complaint is dismissed.

4. A separate judgment will be entered.

5. A certified copy of this order and of the associated judgment shall be provided to the United States Marshal so that the $40,000 being held by the Marshal can be turned over to attorney Jessica Douglas as provided in the Settlement Stipulation.

Dated this 19th day of December, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge